UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | ORDER |
| VS. | : | |
| COURTNEY AVERHART | : | CR. NO. 3:15-CR-429-01(FLW) |
| Defendant | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this 1st day of September, 2015,

ORDERED that (Brian Reilly, AFPD) from the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
FREDA L. WOLFSON
UNITED STATES DISTRICT JUDGE

cc: Federal Public Defender